UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**CASE NO.**

AMERICAN UNIVERSITY OF THE
CARIBBEAN, a Cayman Islands company,

Plaintiff,

v.

HENRY TIEN and MING TIEN

Defendant.

_____/

**COMPLAINT TO RENEW JUDGMENT**

Plaintiff, AMERICAN UNIVERSITY OF THE CARIBBEAN, a Cayman Islands
company, sues HENRY TIEN and MING TIEN, and says as follows:

**Parties and Jurisdiction**

1.      Plaintiff, AMERICAN UNIVERSITY OF THE CARIBBEAN, is a company
organized and existing under the laws of the Cayman Islands, British West Indies, with its
registered office in the Cayman Islands.

2.      Defendants, Henry Tien and Ming Tien, are and were at all material times citizens
of the State of Florida.

3.      This is an action for damages in excess of $75,000, between a citizen of the Cayman
Islands and citizens of Florida, and is predicated on diversity of citizenship pursuant to 28 U.S.C.
§ 1332.

4.      Venue is proper pursuant to 28 U.S.C. § 1391(b)(1) as Henry Tien and Ming Tien
reside within this judicial district. The facts giving rise to the cause of action also arose in this
judicial district.

**FACTS**

5.      This is an action on a judgment, *i.e.* to renew a judgment entered by this Court.

6.      On May 25, 2016 this Court entered final judgment (the "Judgment") in favor of American University of the Caribbean against Henry Tien and Henry Tien for $186,863.10, with interest thereafter as provided by law. *American University of the Caribbean. v. Henry Tien and Ming Tien*, 1:04-cv-20834, [D.E. 2288] (copy of Final Judgment as to Attorney's Fees attached hereto as Exhibit "A").

7.      The Judgment is valid and enforceable, and no monies or property have been received or recovered from Henry Tien and Ming Tien since the Judgment was entered.

8.      Interest has continued to accrue at the statutory rate since May 25, 2016.

9.      Plaintiff has retained the undersigned counsel and is obliged to pay them a reasonable fee.

**COUNT I**
**COMMON LAW ACTION TO RENEW JUDGMENT**

Plaintiff re-alleges paragraphs 1 through 9 against Henry Tien and Ming Tien and further alleges:

10.      As permitted by Florida law, AMERICAN UNIVERSITY OF THE CARIBBEAN asserts and seeks its right to renew the Judgment against Henry Tien and Ming Tien.

11.      AMERICAN UNIVERSITY OF THE CARIBBEAN therefore requests that judgment be entered against Henry Tien and Ming Tien in the amount of the Judgment, $186,863.10, plus interest from May 25, 2016 through the date judgment is entered, plus post-judgment interest, and such further and other relief as may be appropriate.

WHEREFORE, Plaintiff, AMERICAN UNIVERSITY OF THE CARIBBEAN, demands against Henry Tien and Ming Tien judgment in the amount of $186,863.10 plus accrued interest through the date judgment is entered, plus post-judgment interest, and such further and other relief as may be appropriate.

Respectfully submitted,

ABALLI MILNE KALIL, P.A.
Counsel for Plaintiff, OMS Collections, Ltd.
2250 SunTrust International Center
One Southeast Third Avenue
Miami, Florida 33131
Telephone: (305) 373-6600
Facsimile: (305) 373-7929

s/ Joshua D. Poyer
Craig P. Kalil, Esq.
Florida Bar No. 607282
Joshua D. Poyer, Esq.
Florida Bar No. 653349